614

405 A.2d 539

Commonwealth v. Piacenti, Appellant.

Submitted October 26, 1978. Louis R. Dadowski, Assistant Public Defender, for appellant; Charles W. Johns, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Judgment of sentence affirmed.

405 A.2d 539

Commonwealth v. Pinckney, Appellant.

Submitted October 26, 1978. Paulette J. Balogh, Assistant Public Defender, for appellant; Jacqueline Mikula Verney, Assistant District Attorney, for Commonwealth, appellee.

Before PRICE, HESTER and WATKINS, JJ.

Judgment of sentence affirmed.